UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY L. COCKHERN,

Defendant.

Case: 4:21-cr-20409
Judge: Davis, Stephanie Dawkins
MJ: Ivy, Curtis
Filed: 06-16-2021
INDI USA v Anthony Cockhern (tt)



FILED
JUN 1 6 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**MALICIOUS ATTEMPT TO DESTROY REAL PROPERTY BY FIRE**
**(18 U.S.C. § 844(i))**

On or about March 31, 2020, in the Eastern District of Michigan, ANTHONY L. COCKHERN maliciously attempted to damage and destroy, by means of fire, real property affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

**COUNT TWO**
**POSSESSION OF AN UNREGISTERED DESTRUCTIVE DEVICE**
**(26 U.S.C. § 5861(d))**

On or about March 31, 2020, in the Eastern District of Michigan, ANTHONY L. COCKHERN knowingly possessed firearms, specifically destructive devices

1

commonly known as Molotov cocktails, that were not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

**THIS IS A TRUE BILL.**

Dated: June 16, 2021                                    s/GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

s/JULES M. DePORRE                                  s/ANTHONY P. VANCE
JULES M. DePORRE                                     ANTHONY P. VANCE
Assistant United States Attorney                Assistant United States Attorney
MI State Bar P-73999                                 Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280

| | | |
|---|---|---|
| **Companion Case information MUST be completed by AUSA** | | Case: 4:21-cr-20409<br>Judge: Davis, Stephanie Dawkins<br>MJ: Ivy, Curtis<br>Filed: 06-16-2021<br>INDI USA v Anthony Cockhern (tt) |
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes ☑ No | AUSA's Initials: JMD |

**Case Title:** USA v. ANTHONY L. COCKHERN

**County where offense occurred :** GENESEE

**Check One:** ☑ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 X  Indictment/____Information --- based upon prior complaint [Case number: 20-mj-30143     ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

06/16/2021
Date

s/JULES M. DePORRE
Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013